UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                               Case No: 3:05CR56/RV

FREDERICK L. HUGHES

## JUDGMENT OF ACQUITTAL BY THE COURT

The Court having heard the testimony in this case and having determined that there is insufficient evidence to justify a judgment of conviction as to Count One of the Indictment, it is upon consideration, hereby

ORDERED;

JUDGMENT OF ACQUITTAL of the defendant FREDRICK L. HUGHES as to Count One of the Indictment be and is hereby entered.

DONE AND ORDERED this 23rd day of January, 2006.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**